2010-30828
FILED
February 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003294206

Christian J. Younger, Bar No. 222983
**Younger & Hennecke, LLP**
1610 Arden Way, Suite 265
Sacramento, CA 95815
(916) 564-8100 Telephone
(916) 564-8116 Fax

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA –SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>LUIS OCEGUEDA &<br><br>ISABEL OCEGUEDA,<br><br>Debtors. | Case No: 10-30828-D- 13G<br>DC No: CJY-2<br><br>Chapter 13<br><br>Date: February 1, 2011<br>Time: 10:00 a.m.<br>Place: 501 I Street, 6th Floor, Courtroom 34, Sacramento, CA |

### ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

The Debtors, Luis and Isabel Ocegueda, herein having moved the Court for an Order Modifying their Chapter 13 Plan After Confirmation and the same having come on to be heard before the Honorable Judge Robert S. Bardwil on February 1, 2011 at 10:00 a.m.

**IT IS ORDERED, ADJUDGED AND DECREED** that

1. The First Modified Chapter 13 Plan filed on December 16, 2010 is approved.

**IT IS FURTHER ORDERED that:**

1. Debtors plan will pay 21.7% of the $46,405.98 in timely filed Class 7 General Unsecured claims.

**IT IS FURTHER ORDERED that:**

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

//

RECEIVED
February 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003294206

2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

Dated: February 22, 2011

DATE

Robert S. Bardwil, Judge
United States Bankruptcy Court

/s/Russell D. Greer
Approved by the Chapter 13
Trustee as to Content and Form